USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE ELETSON HOLDINGS INC.

---------------------------------------------------------------------X

26-cv-8897 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Earlier this week, Appellant Reed Smith LLP filed a motion dated October 7, 2026, to stay an order of the Bankruptcy Court that, among other things, required Appellant to turn over client files to Appellee Eletson Holdings, Inc. Dkt. Nos. 3, 4; *see also In re Eletson Holdings Inc.*, No. 23-bk-10322 (Bankr. S.D.N.Y. Sep. 15, 2026), Dkt. No. 2117. In support of that motion, Appellant has filed a memorandum of law of approximately 5,200 words. Dkt. No. 5. Appellee has requested leave to file a memorandum of law in opposition by Wednesday, October 14, 2026. Dkt. No. 4.

The request for leave is GRANTED. Appellee may respond to Appellant's stay motion no later than 5:00 p.m. on October 14, 2026. Appellee's response shall not exceed 5,000 words. Appellant may reply by 12:00 p.m. on October 15, 2026, with a brief no longer than 1,000 words.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge